# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : |
| | : CASE NO. 24-246 |
| REAL PROPERTY LOCATED AT | : |
| 28 MERRITT TRACE, | : |
| BRUNSWICK, GEORGIA 31525, | : |
| Defendant *in rem*. | : |

## PROTECTIVE ORDER

AND NOW, this 23rd day of February, 2024, upon consideration of Plaintiff the United States of America's Motion for a Post-Complaint Protective Order to Secure, Maintain and Preserve the Availability of the Defendant Property for Forfeiture, pursuant to 18 U.S.C. § 983(j)(1)(A), **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the real property located at 28 Merritt Trace, Brunswick, Georgia, 31525 is hereby restrained in the manner described below.

## DEFINITIONS

For purposes of this order, the following definitions shall apply:

1. "Potential Claimants" refers to the owners and/or occupants of 28 Merritt Trace, Brunswick, Georgia, 31525, including Dante Fredrick, Penny Hunter, Lakisha Easton, their successors, assignees, officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise.

2. "Defendant Property," or "28 Merritt Trace, Brunswick, Georgia, 31525" refers to the real property located at 28 Merritt Trace, Brunswick, Georgia, 31525, including the residence,

1

garage, outbuildings, and all other appurtenances thereto and fixtures and improvements thereon.

PROHIBITED ACTIVITIES

**IT IS ORDERED** that potential claimants are enjoined from:

1. Entering into any agreement to sell, transfer, convey, lease, assign or otherwise encumber or dispose of 28 Merritt Trace, Brunswick, Georgia, 31525, during the pendency of this forfeiture action, unless the District Court orders the Defendant Property sold in an interlocutory sale, with the net proceeds to be deposited into an interest-bearing account as the substitute *res*, held in the custody and control of the United States Marshals Service. However, if any part of any of the Defendant Property has been transferred or disposed of, by any means, Potential Claimants shall account to the Court for its disposition. Further, this Order applies with equal force and effect to restrain the transfer or disposition of the proceeds from said Defendant Property.

2. Selling, assigning, pledging, distributing, giving away, encumbering, or otherwise participating in the disposal of, or removal from, the jurisdiction of this Court, any part of or interest in 28 Merritt Trace, Brunswick, Georgia, 31525, without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard, except as specified in this Order.

3. Knowingly allowing any illegal activity to occur 28 Merritt Trace, Brunswick, Georgia, 31525, during the pendency of this civil forfeiture action.

MAINTAINING THE PROPERTY

**IT IS FURTHER ORDERED** that, during the pendency of this civil forfeiture action, Potential Claimants are ordered to do the following with respect to the Defendant Property:

1. Potential Claimants shall take all reasonable precautions to prevent the destruction

or diminution in value of the Defendant Property and any fixtures thereto.

2. Potential Claimants shall maintain the yard and any landscaping in its current condition and shall not allow trash or other debris to accumulate.

3. Potential Claimants shall maintain, as applicable, any fire, flood, and hazard insurance on the Defendant Property.

4. Potential Claimants shall ensure that all property taxes are paid on time and do not become delinquent.

5. Potential Claimants shall neither take, nor knowingly permit or aid and abet, any action to destroy, damage, waste, dispose of, or transfer the Defendant Property, without authority of the Court, for the purpose of impairing or defeating the Court's continuing *in rem* jurisdiction over said Defendant Property, in violation of 18 U.S.C. §2232(b).

## MONITORING

**IT IS FURTHER ORDERED** that the United States may monitor Potential Claimants' compliance with this Order by all lawful means available.

## JURISDICTION

This Court shall retain jurisdiction of this matter for all purposes.

The terms of this Order shall remain in full force and effect until judgment is rendered on the civil forfeiture complaint filed with respect to the Defendant Property, or until further order of the Court.

The United States is authorized and directed to serve a copy of this Order on the Potential Claimants, counsel for the Potential Claimants, and any other entity or individual the Government believes may be in control or possession of the Defendant Property.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE